**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ARCH SPECIALTY INSURANCE
COMPANY,

      Plaintiff,

v.                                                                     Case No. 6:20-cv-971-WWB-EJK

WINDWARD EAST CONDOMINIUM
ASSOCIATION, INC. and MICHAEL
WALCH,

      Defendants.

_____/

## ORDER

THIS CAUSE is before the Court on Defendant Michael Walch's Response to Order to Show Cause (Doc. 56) and Petitioner's Response to Order to Show Cause (Doc. 57). On February 4, 2022, this Court issued an Order (Doc. 55) directing the parties to show cause why this case should be not dismissed for lack of ripeness. The parties agree that this case, which seeks declaratory relief only as to Petitioner's duty to indemnify, is not ripe for resolution because the underlying proceeding has not been fully resolved. (Doc. 56 at 2; Doc. 57 at 2). However, Petitioner requests that this Court stay, as opposed to dismiss, this proceeding pending resolution of the underlying case. (Doc. 57 at 2–3).

For the reasons set forth in the February 4, 2022 Order, this Court finds that this matter is not currently ripe for resolution and any determination on the merits would be premature. *See Northland Cas. Co. v. HBE Corp.*, 160 F. Supp. 2d 1348, 1360 (M.D. Fla. 2001). Furthermore, because it is not clear if or when the claim asserted in this case may become ripe, the Court finds that, even if it has the authority to stay the proceedings, a

dismissal without prejudice would best serve the interests of judicial economy and efficiency in this case. *See S. Owners Ins. Co. v. Gallo Bldg. Servs., Inc.*, No. 8:15-cv-1440, 2019 WL 3854779, at *1–2 (M.D. Fla. June 21, 2019); *Penn-Star Ins. Co. v. Swords*, No. 4:17-CV-1041, 2017 WL 4180889, at *6–7 (N.D. Ala. Sept. 21, 2017). Therefore, it is **ORDERED** and **ADJUDGED** that the Petition for Declaratory Relief (Doc. 1) is **DISMISSED without prejudice**. The Clerk is directed to terminate all pending motions and close this case.

  **DONE AND ORDERED** in Orlando, Florida on February 14, 2022.

          WENDY W. BERGER
        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record